**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION at CHATTANOOGA**

**IN RE:**

|  |  |  |
|---|---|---|
| | ) | |
| **T.A.S. PROPERTIES, LLC** | ) | **CASE NO. 11-17124** |
| | ) | |
| | ) | **CHAPTER 7** |
| **Debtor(s).** | ) | |

**ORDER ALLOWING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS**

In this cause the Trustee has moved the Court for an order authorizing the sale of (2) two

parcels of the Debtor's real property located in Dade County, Georgia in the subdivision known

as "The Preserve at Rising Fawn," free and clear of liens.  The parcels are further described as

the 10.4 acre tract commonly known as the "Activities Center" and the 6.42 acre tract commonly

known as the "Horse Barn."  The Trustee also requests that a 10% real estate commission be paid

to Tommy Stanfill for sale of both properties.  The Trustee has contracted the property to be sold

to Georgia Land Trust, Inc., located at 428 Bull Street, Suite 201, Savannah, Georgia 31401 for

$134,000.00 cash.  Based on the terms and conditions in the Notice, the sale appears to be fair and in the best interest of the estate. There were no objections to the sale.  It is therefore

ORDERED that the Trustee may sell and convey these two properties described in the Notice to Georgia Land Trust, Inc. for the total sum of $134,000.00.  The sale shall be free and clear of liens and interests, and all liens and interests shown to be valid shall attach to the proceeds of sale. A 10% sales commission to realtor Tommy Stanfill for each property is also hereby approved.  Upon consummation of the sale, the Trustee shall file a report of sale with the Court.

### 

APPROVED FOR ENTRY,

By: /s/ Richard P. Jahn, Jr.
Richard P. Jahn, Jr. BPR #01435
1200 Mountain Creek Rd, Suite 160
Chattanooga, TN 37405
(423) 870-2125 *phone* (423) 870-2129 *fax*

*Attorney for Trustee*